■ In the Matter of EDWARD PIERROT, Appellant, v JOANN WALSH, as Inmate Records Coordinator II of Fishkill Correctional Facility, Respondent.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondent dated July 24, 1986, which computed the time the petitioner, a State prisoner, was obligated to serve under two sentences based upon the later-imposed sentence running consecutively to the initial sentence, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Colabella, J.), dated January 5, 1987, which dismissed the petition.

Ordered that the judgment is affirmed, without costs or disbursements.

The sentences were properly determined to be consecutive (*see,* Penal Law § 70.25 [2-a]). Mollen, P. J., Bracken, Rubin, Kooper and Spatt, JJ., concur.